Robert L. Beard, Jr., John M. Rainwater, Rainwater & Holt, Little Rock, AR, for Defendants–Appellees.

1. The Honorable Jimm Larry Hendren, United States District Judge for the Western District of Arkansas, adopting the report and

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Daniel L. Cincoski appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action. Having carefully reviewed the record, we conclude that the court did not abuse its discretion in dismissing the action pursuant to Federal Rule of Civil Procedure 41(b). *See Good Stewardship Christian Ctr. v. Empire Bank,* 341 F.3d 794, 797 (8th Cir.2003) (standard of review). Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Harvey CULLUM, Plaintiff–Appellant**

v.

**John C. ALDWORTH, individually and in his official capacity as District Court Judge; Van Buren County District Court, in its capacity as a state court; Cleburne County District Court, in its capacity as a state court, Defendants–Appellees.**

No. 12–1261.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 6, 2012.

Filed: Sept. 11, 2012.

Harvey Cullum, Clinton, AR, pro se.

Jason E. Owens, Rainwater & Holt, Colin Jorgensen, Attorney General's Office, Little Rock, AR, for Defendant–Appellee.

BYE, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Harvey Cullum appeals from the district court's[1] order dismissing his civil action for failure to state a claim upon which relief may be granted. For the reasons explained by the district court, this court affirms the judgment. *See 8th Cir. R. 47B.*

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.